**Exhibit A to the Complaint**

**Location:** Jacksonville, FL
**Total Works Infringed:** 63

**IP Address:** 66.177.59.117
**ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 0160A3F1D03FA72208EEA37121C853D80C8B161D | 02/19/2025 02:50:56 | Blacked Raw | 12/03/2018 | 01/22/2019 | PA0002149845 |
| 2 | ECFEC3C1CEA5BACDED5052AB2E57DEAAD83FFF39 | 02/19/2025 02:46:55 | Blacked Raw | 12/13/2018 | 02/02/2019 | PA0002154971 |
| 3 | 83A36D2B88CDB302101E4924D798C61D6CDF0BAE | 02/19/2025 02:45:33 | Blacked Raw | 02/10/2025 | 02/18/2025 | PA0002516027 |
| 4 | 2E839CA105021843A374C9D42EDFEC4F471942E5 | 02/19/2025 02:43:41 | Blacked Raw | 01/21/2025 | 02/18/2025 | PA0002516019 |
| 5 | FE14ADE82FF2485EC91596EA5FFA5176B048BE2B | 02/19/2025 02:42:20 | Blacked Raw | 07/21/2018 | 09/01/2018 | PA0002119592 |
| 6 | 989B9D25331D2549DAECC6FBACEF73C9D068A147 | 02/19/2025 02:41:16 | Blacked Raw | 01/06/2025 | 01/15/2025 | PA0002509356 |
| 7 | B2648E0EA13CC3678162337BC0A761B6B9A7C1EB | 02/19/2025 02:40:53 | Blacked Raw | 01/11/2025 | 01/15/2025 | PA0002509388 |
| 8 | 5D41FDC74F09E33DECAA9455F97986E6FF6E2F0C | 02/19/2025 02:40:48 | Blacked Raw | 11/25/2024 | 12/13/2024 | PA0002506320 |
| 9 | 8E5EBAB83CF4A1C580BAD3F54DDBB91B82A26A2D | 02/19/2025 02:40:06 | Blacked Raw | 08/26/2024 | 09/17/2024 | PA0002490350 |
| 10 | BDCF2099BF21F59E7016C2041E68DEB48F64DB13 | 02/19/2025 02:38:52 | Blacked Raw | 02/05/2025 | 02/18/2025 | PA0002516018 |
| 11 | 31D6C18205A1BBBE0D2AF8E20AAF06B13F318198 | 02/19/2025 02:38:16 | Blacked Raw | 01/16/2025 | 02/18/2025 | PA0002516024 |
| 12 | 6D5F2BC923E26FA533D07BA0C38E7517F6A578EC | 02/19/2025 02:37:11 | Blacked Raw | 01/26/2025 | 02/18/2025 | PA0002515983 |
| 13 | ECEC874C21239A30F35D90C14D825619A4E8486A | 02/19/2025 02:36:17 | Blacked Raw | 08/20/2018 | 09/05/2018 | PA0002135002 |
| 14 | 4A601C2DDD8D8DE6E1680A37ED56D192D49D5D49 | 02/19/2025 02:31:14 | Blacked Raw | 02/15/2025 | 02/18/2025 | PA0002516031 |
| 15 | AA4E7F1D2EB7E81F78A5DA7811E1A2AE67EF4C6D | 02/17/2025 20:56:23 | Blacked | 03/26/2019 | 04/16/2019 | PA0002187002 |
| 16 | 16532C1256F1D8936C056A44AAECF4E274B576EB | 02/17/2025 20:55:33 | Blacked Raw | 03/13/2019 | 04/17/2019 | PA0002186977 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 80494AFA4036C921B131676C3D1A61F5DE378231 | 02/17/2025 20:53:20 | Blacked | 04/10/2019 | 05/11/2019 | PA0002173883 |
| 18 | AAF43D5B58C76C73D6894BCDEAADB202668C9A2F | 02/17/2025 20:51:35 | Blacked | 06/22/2024 | 07/15/2024 | PA0002480452 |
| 19 | 6799F98C8266D28FE3F0530ECED6E28F55A803D6 | 02/16/2025 00:40:23 | Blacked | 08/31/2024 | 09/17/2024 | PA0002490361 |
| 20 | D9D453CA10A11F235D92278E4484BBE5A2B5A9F1 | 02/16/2025 00:30:54 | Blacked Raw | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 21 | 5A66B14EC1FEE8F55BA9414BF263AECF26BC5E61 | 02/14/2025 03:34:37 | Blacked | 06/17/2024 | 07/15/2024 | PA0002480615 |
| 22 | 5BDB88CC053754321CAEA4B05A39407BC845578E | 02/12/2025 01:30:48 | Tushy | 02/20/2020 | 03/18/2020 | PA0002241623 |
| 23 | 7F344797FE7DA07DEB82CC2B088D48D1A454B0FC | 02/12/2025 01:19:52 | Tushy | 12/12/2019 | 01/03/2020 | PA0002219634 |
| 24 | 842C2D5FCAA50EF7D199067049F4DA0DCC8CFDBA | 02/07/2025 01:57:30 | Milfy | 09/18/2024 | 10/16/2024 | PA0002494686 |
| 25 | 7FF46E73C749B65A650C9625F032F48007CFEEE4 | 02/07/2025 01:49:41 | Milfy | 11/27/2024 | 12/13/2024 | PA0002506274 |
| 26 | ADE0CB29621C8D7AE73E90BE7AD3067F0F291EB8 | 02/07/2025 01:49:39 | Milfy | 08/09/2023 | 12/05/2023 | PA0002443594 |
| 27 | 4A3136B25E195764C6A5BFB40F2A05BF4D67FC78 | 02/07/2025 01:44:00 | Blacked | 10/27/2018 | 12/10/2018 | PA0002145828 |
| 28 | 5EBAA857DB4CB94E7B579561C0FBE666094E0A10 | 02/07/2025 01:43:11 | Blacked Raw | 06/16/2018 | 07/14/2018 | PA0002128317 |
| 29 | 051A52EFFAA41578BB5F4F7EDE4827997D21BC4C | 02/07/2025 01:33:12 | Vixen | 07/23/2018 | 09/05/2018 | PA0002135670 |
| 30 | A7D8E54FCF615F5675572AF2E5F6B353CC2DE331 | 01/25/2025 20:21:30 | Tushy | 08/24/2018 | 11/01/2018 | PA0002143429 |
| 31 | 42730C2B510F6C5787C84F1C4F833F7ED8D2BB40 | 01/25/2025 20:15:40 | Vixen | 05/24/2018 | 07/14/2018 | PA0002128388 |
| 32 | F6CE08796E7200EA0845FF9313369CF337C207BF | 01/25/2025 20:11:38 | Vixen | 07/28/2018 | 09/01/2018 | PA0002119572 |
| 33 | 8F104C89FA74744BEB02B58214813B42F91E779A | 01/25/2025 20:06:44 | Vixen | 04/29/2019 | 06/03/2019 | PA0002178770 |
| 34 | 73C67ADC4D9478DD4200905B9DDB67141E37AECE | 12/30/2024 15:04:55 | Blacked Raw | 10/28/2024 | 11/18/2024 | PA0002501005 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 7B364338CD90FC951B3F536B186EBA30DE4246FC | 12/30/2024 14:58:15 | Blacked Raw | 11/28/2018 | 01/22/2019 | PA0002149836 |
| 36 | 151C9743BA87628908C4B36D5493A14D4A6CF58C | 12/30/2024 14:58:08 | Blacked Raw | 12/08/2017 | 01/02/2018 | PA0002097423 |
| 37 | 2E7DB9DA1E12BC2963F7DC66AC300417AD983BC7 | 12/30/2024 14:57:32 | Blacked Raw | 12/13/2019 | 01/22/2020 | PA0002234865 |
| 38 | D93E7A2150B84861096407A9CABB85144D6DA4EC | 12/30/2024 14:57:23 | Blacked Raw | 05/27/2019 | 06/13/2019 | PA0002180951 |
| 39 | C20D8CE638A46CD39FA65004C565F7F85846691D | 12/30/2024 14:56:14 | Blacked Raw | 03/28/2019 | 05/28/2019 | PA0002200777 |
| 40 | 9BD3E9D5EF5BE4376202EA6EA79FE666343CB57E | 12/30/2024 14:56:11 | Blacked Raw | 12/18/2017 | 01/23/2018 | PA0002101753 |
| 41 | A79E1BEA716422681872B46A4AC579C82B92D143 | 12/30/2024 14:55:59 | Blacked Raw | 12/08/2018 | 12/18/2018 | PA0002141919 |
| 42 | A7448A393F01061BB9CFE11EEF2BAFB37DFF2FFD | 12/30/2024 14:55:38 | Blacked Raw | 01/17/2018 | 01/24/2018 | PA0002101760 |
| 43 | E30889EFECEBCE08ADDED2DDFED16AF07C16CD06 | 12/30/2024 14:55:35 | Blacked Raw | 08/01/2022 | 08/29/2022 | PA0002367736 |
| 44 | D9261D3722C161272619A45A80E6F849B0BC63B5 | 12/30/2024 14:55:02 | Blacked Raw | 11/18/2018 | 12/10/2018 | PA0002146476 |
| 45 | 4665C82DE8A7CA83557C6C9FAAC5C3FB08A40868 | 12/30/2024 14:54:51 | Blacked Raw | 12/06/2021 | 12/13/2021 | PA0002325836 |
| 46 | 3C6D5785FDC3A9947EA11D9923048076FDE43B96 | 12/30/2024 14:54:50 | Blacked Raw | 12/28/2018 | 02/02/2019 | PA0002155006 |
| 47 | C2295AE8704ED037E9E49C2B4B5FBA45316C02A8 | 12/30/2024 14:54:45 | Blacked Raw | 09/29/2018 | 11/01/2018 | PA0002143425 |
| 48 | 69BA9C8EC6B3C2D9FB6CD545B85991237BC901C2 | 12/30/2024 14:54:16 | Blacked Raw | 09/09/2018 | 10/16/2018 | PA0002127792 |
| 49 | 716BD92E139BE2039209B3F8C494B7A8356E4774 | 12/30/2024 14:54:05 | Blacked Raw | 11/21/2018 | 12/18/2018 | PA0002141915 |
| 50 | 3350AD6ED2ECD3F20CA9BFAB853A3CED164589B0 | 12/30/2024 14:52:05 | Blacked Raw | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 51 | 2541261990122381387D2C03CDA34FF74B4EDE3E | 12/30/2024 14:50:51 | Blacked Raw | 10/29/2018 | 12/10/2018 | PA0002145837 |
| 52 | 16964274EEF2DEB09294CF8A21B1AFBB9CC70842 | 12/23/2024 01:00:14 | Tushy | 01/11/2019 | 01/22/2019 | PA0002147904 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 53 | B80966EB25CE62DA272DA719ED0EFEF0C671D237 | 12/23/2024 00:48:25 | Vixen | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 54 | 60FEB3E4F343965C4C847A6F071D77F52C61BB52 | 12/21/2024 22:16:30 | Tushy | 09/23/2018 | 11/01/2018 | PA0002143415 |
| 55 | EE4D29BA667E69950AA31279F7FA846BF696BF9D | 12/21/2024 22:01:50 | Blacked | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 56 | A13372D383B6487823771167C3024FF64D0BAF6F | 12/21/2024 21:45:04 | Vixen | 12/15/2018 | 01/22/2019 | PA0002147905 |
| 57 | 6A0E4F47E6B770D53A96234596721B9EB309ABC5 | 12/21/2024 21:42:01 | Blacked | 07/25/2020 | 08/11/2020 | PA0002252256 |
| 58 | 400625A24D4B1350C5C9869DC1C9F7767C73C4D3 | 12/21/2024 21:40:57 | Tushy | 06/30/2018 | 07/26/2018 | PA0002112157 |
| 59 | 3BC22005E2AFC76A838931DCA776BBA6A7235CD8 | 12/21/2024 02:15:22 | Blacked | 10/08/2022 | 11/01/2022 | PA0002378074 |
| 60 | AA22F2CD2ED007CE11D1639BA548C9346BDB69AE | 12/21/2024 02:08:00 | Tushy | 08/14/2022 | 08/30/2022 | PA0002367744 |
| 61 | CB4EC1F25FFAD874268462833D653891B9ECD633 | 12/21/2024 02:07:54 | Blacked | 12/31/2022 | 01/10/2023 | PA0002389580 |
| 62 | 12CB3CAF76D76F88E13556704B1C13FC6902811E | 12/21/2024 02:07:54 | Blacked Raw | 02/08/2023 | 03/06/2023 | PA0002399990 |
| 63 | 1A76A113C1D33455F6FB4D100985C9DA1974F425 | 12/21/2024 02:07:54 | Vixen | 07/22/2022 | 08/30/2022 | PA0002367741 |